Jack M. Zakariaie (Bar No. 168776)
Nilou Zakariaie (Bar No. 168466)
**ZAKARIAIE & ZAKARIAIE**
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA  90067
Telephone:  310-552-0066
Facsimile:  310-552-4585

Attorneys for Defendant
JEWELRY EXPRESS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEWELRY EXPRESS, INC. d/b/a KEVIN JEWELERS, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants | Case No.: 2:21-cv-01373-WBS-KJN<br>*Assigned to the Honorable Judge William B. Shubb*<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |

THIS MATTER came before the Court upon Stipulation to Extend the Time for Defendant JEWELRY EXPRESS, INC., a California Corporation ("Defendant"), to respond to the Initial Complaint of Plaintiff FLOR JIMENEZ.

Having reviewed the Stipulation, and having found good cause to approve,

IT IS HEREBY ORDERED THAT:

1.　　The Stipulation is hereby APPROVED.

2.　　Defendants' deadline to file an answer or otherwise respond to the Initial Complaint is extended to February 22, 2022.

///

///

///

ZAKARIAIE
&
ZAKARIAIE

-1-

ORDER

3.      The Scheduling Conference is continued to **April 25, 2022 at 1:30 p.m.**  A Joint Status Report shall be filed no later than **April 11, 2022**.

Dated:  January 24, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE