1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9

FLOR JIMENEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JEWELRY EXPRESS, INC. d/b/a KEVIN JEWELERS, a California corporation; and DOES 1 to 10, inclusive,

Defendants.

10
11
12
13
14
15
16

CASE NO. 2:21-cv-01373-WBS-KJN

**ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**

17
18

**IT IS HEREBY ORDERED THAT,**

19

1) The deadline to file dispositional documents currently scheduled for April 18, 2022, is hereby continued to **May 23, 2022**, or the parties shall file a joint status report if settlement has not been finalized by that date.

20
21
22

2) The Scheduling Conference is reset for **June 6, 2022 at 1:30 p.m.**, to be automatically vacated upon the court's receipt of the parties' stipulated dismissal.

23
24
25   ///
26   ///
27   ///
28

1
ORDER

1

2   **IT IS SO ORDERED.**

3

4   **Dated:  April 20, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28