1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>JEWELRY EXPRESS, INC. d/b/a KEVIN JEWELERS, a California corporation; and DOES 1 to 10, inclusive,<br><br>       Defendants. | Case No.:  2:21-cv-01373-WBS-KJN<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:    September 17, 2021 |

///

///

///

///

///

///

///

///

1

ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:21-cv-01373-WBS-KJN

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On May 23, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 19].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

Dated:  May 24, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:21-cv-01373-WBS-KJN